**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Shawn La Velle ROLLINS,
Defendant-Appellant.**

* This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It

**The Federal Public Defender for the Districts of Colorado and Wyoming, Amicus Curiae.**

**No. 15-1459**

United States Court of Appeals, Tenth Circuit.

Filed March 27, 2017

Robert Mark Russel, Karl L. Schock, Office of the United States Attorney, District of Colorado, Denver, CO, for Plaintiff-Appellee

Kyle W. Brenton, Shannon Wells Stevenson, Esq., Davis Graham & Stubbs, Denver, CO, for Defendant-Appellant

Shawn La Velle Rollins, Pro Se

Josh Lee, Office of the Federal Public Defender, Districts of Colorado and Wyoming, Denver, CO, for Amicus Curiae The Federal Public Defender for the Districts of Colorado and Wyoming

Before BRISCOE, McKAY, and McHUGH, Circuit Judges.

**ORDER AND JUDGMENT** *

Per Curiam

This matter comes on for consideration of the government's *Unopposed Motion for Summary Affirmance*, in which the government moves for summary affirmance of the district court's sentencing determination in light of the Supreme Court's decision in *Beckles v. United States*, —— U.S. ——, 137 S.Ct. 886, 197 L.Ed.2d 145, 2017 WL 855781 (March 6, 2017). Defendant Shawn La Velle Rollins does not oppose the motion.

may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

Upon consideration thereof, the motion is granted. The judgment of the district court is affirmed.

The mandate shall issue forthwith.

---

* After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument. This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.